**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Bryant Elliott DAVIS, Defendant–
Appellant.**

No. 06–7351.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 31, 2006.

Decided: Nov. 8, 2006.

Bryant Elliott Davis, Appellant Pro Se.
Richard Charles Kay, Office of the United
States Attorney, Baltimore, Maryland, for
Appellee.

Before WILLIAMS, MICHAEL, and
GREGORY, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Bryant Elliott Davis seeks to appeal the
district court's June 26, 2006 order dis-
missing without prejudice his successive
28 U.S.C. § 2255 (2000) motion filed on
May 30, 2006. The order is not appeal-
able unless a circuit justice or judge is-
sues a certificate of appealability. 28
U.S.C. § 2253(c)(1) (2000). A certificate
of appealability will not issue absent "a
substantial showing of the denial of a con-
stitutional right." 28 U.S.C. § 2253(c)(2)
(2000). A prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that any assessment of the
constitutional claims by the district court
is debatable or wrong and that any dis-
positive procedural ruling by the district
court is likewise debatable. *Miller–El v.
Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct.
1029, 154 L.Ed.2d 931 (2003); *Slack v.
McDaniel,* 529 U.S. 473, 484, 120 S.Ct.
1595, 146 L.Ed.2d 542 (2000); *Rose v.
Lee,* 252 F.3d 676, 683–84 (4th Cir.2001).
We have independently reviewed the rec-
ord and conclude that Davis has not made
the requisite showing. Accordingly, we
deny a certificate of appealability and dis-
miss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*